*Mark Rademacher*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided July 3, 1997

STATEWIDE PARKING SERVICES, INC. *v.* CITY OF HARTFORD ET AL.

The petition by the defendant city of Hartford for certification for appeal from the Appellate Court, 45 Conn. App. 909 (AC 15749), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court (1) denying the defendant's motion to dismiss, (2) issuing an injunction against the defendant, and (3) ordering restitution to the plaintiff?"

The Supreme Court docket number is SC 15721.

*Delroy Alexander Shirley*, senior assistant corporation counsel, in support of the petition.

Decided July 3, 1997

STATE OF CONNECTICUT *v.* VICTOR MILLAN

STATE OF CONNECTICUT *v.* PABLO ROSADO

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 912 (AC 16448/16449), is denied.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided July 3, 1997

### JOSEPH PEABODY *v.* CITY OF SHELTON

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 913 (AC 16501), is denied.

*William J. Curran*, in support of the petition.

*Mattias J. DeAngelo*, in opposition.

Decided July 3, 1997

### ANDREW BURNHAM *v.* JOHN CARR

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 914 (AC 16515), is denied.

*Neil R. Marcus*, in support of the petition.

*Margaret Fogerty Rattigan*, in opposition.

Decided July 3, 1997

### STATE OF CONNECTICUT *v.* ERIC AMADO

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 348 (AC 15176), is granted. The case is remanded to the Appellate Court for reconsideration in light of *State* v. *Johnson*, 241 Conn. 702 (1997).

MCDONALD, J., dissenting. I dissent from the majority's decision to remand the case to the Appellate Court